**Betty J. ARCHIE, as Special Administrator of the Estate of Rena M. DeLacy, Deceased, et al., Plaintiffs-Appellants,**

v.

**CITY OF RACINE, Ronald W. Chiapete, and George W. Giese, Defendants-Appellees.**

No. 86–1783.

United States Court of Appeals, Seventh Circuit.

Sept. 8, 1987.

Curry First, Perry, First, Lerner & Quindel, S.C., Milwaukee, Wis., for plaintiffs-appellants.

Joseph E. Boyle, City Atty., Office of the City Atty., Racine, Wis., for defendants-appellees.

Before BAUER, Chief Judge, and CUMMINGS, WOOD, CUDAHY, POSNER, COFFEY, FLAUM, EASTERBROOK, RIPPLE, MANION and KANNE, Circuit Judges.

## ORDER

On consideration of the petition for rehearing *en banc* filed in the above-entitled cause by defendants appellees George W. Giese and City of Racine, and the response filed by plaintiffs-appellants, a vote of the active members of the court having been requested and a majority of the judges in regular active service [*] having voted to rehear this case *en banc*,

IT IS ORDERED that the aforesaid petition for rehearing *en banc* be, and the same is, hereby GRANTED.

IT IS FURTHER ORDERED that the panel opinion and the judgment entered July 14, 1987, are hereby VACATED. This case will be reheard *en banc* at the convenience of the Court.

H. Curtis Meanor, Podvey, Sachs & Catenacci, Newark, N.J., for plaintiff-appellant, cross-appellee.

Earl M. Munson, LaFollette & Sinykin, Madison, Wis., for defendant-appellee, cross-appellant.

---

[*] The Honorable Hubert L. Will, Senior District Judge for the Northern District of Illinois, was a member of the original panel, but he did not participate in the vote on rehearing *en banc*.